UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:22-cv-30159

| | |
|---|---|
| KIPP M. WIGGINS,  Plaintiff | ) ) ) |
| vs. | ) ) |
| TOWN OF EGREMONT POLICE DEPARTMENT, et al.  Defendants | ) ) ) |

## **NOTICE OF REMOVAL**

NOW COME the defendants, Officer Matthew O'Sullivan and Town of Egremont Police Department (collectively, "Petitioners"), by their attorney, and pursuant to 28 U.S.C. § 1441, *et seq.*, state as follows:

1. The Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.,* to remove this action from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Berkshire County, in which this case is now pending under the name and style: *Wiggins, Kipp Mendez vs. O'Sullivan Officer, Mathew et al,* Docket No. 2276CV00159.

2. This is an action in which the district courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

3. This action was filed on or about August 17, 2022. The complaint was served on Petitioners on November 9, 2022. In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after service of the

657813

complaint upon the aforementioned Petitioners.

4. Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following served upon the Defendants in this action (attached hereto as <u>Exhibit A,</u> <u>Exhibit B</u>, <u>Exhibit C</u> and <u>Exhibit D</u>, respectively):

   A. Summonses with Proof of Service;

   B. Civil Action Cover Sheet;

   C. Complaint; and

   D. Tracking Order.

5. Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Berkshire County, to the United States District Court for the District of Massachusetts, Western Division, the District and Division where the action is pending.

6. Written notice of the filing of this Notice will be given to the adverse party.

7. A copy of this petition will be filed with the clerk of the Superior Court Department, Berkshire County.

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

657813

RESPECTFULLY SUBMITTED

THE DEFENDANTS,
OFFICER MATTHEW O'SULLIVAN and
TOWN OF EGREMONT POLICE
DEPARTMENT


By: ___*/s/ David S. Lawless*___
David S. Lawless, Esq., BBO #664754
   Direct Fax: (413) 452-0370
   E-mail:  dlawless@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts  01115
Phone (413) 732-2301


CERTIFICATE OF SERVICE

    I, David S. Lawless, Esq., hereby certify that on this 28th day of November, 2022, I served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

    Kipp M. Wiggins
    42 Bostwick Street
    P.O. Box 533
    Lakeville, CT 06039


*Subscribed under the penalties of perjury.*

           ___*/s/ David S. Lawless*___
           David S. Lawless, Esq.

657813