# EXHIBIT A

| Summons | CIVIL DOCKET NO. 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Kipp M. Wiggins vs. Matthew O'Sullivan Officer et al<br><br>Kipp M. Wiggins<br>Plaintiff(s)<br><br>vs.<br><br>Town of Egremont Police Department<br>Defendant(s) | | Deborah S. Capeless   Clerk of Courts<br>County<br><br>COURT NAME & ADDRESS:<br>Berkshire County Superior Court<br>76 East Street<br>Pittsfield, MA. 01201 |

THIS SUMMONS IS DIRECTED TO Town of Egremont Police Department (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**
If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

THE COMMONWEALTH OF MASSACH.
BERKSHIRE S.S. SUPERIOR COURT
FILED
NOV 10 2022
Deborah Capeless

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court (address), by mail or in person **AND**

    b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
Kipp M. Wiggins
P.O. Box 533
Lakeville, CT. 06039

3. **What to Include in Your Response.**
An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq. , Chief Justice on _____, 20___ . (Seal)

Clerk-Magistrate _Deborah Stapleton_

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841

**Berkshire, ss.**

November 10, 2022

I hereby certify and return that on 11/9/2022 at 11:00 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jason LaForest, Chief, agent, person in charge at the time of service for Town of Egremont Police Department, 171 Egremont Plain Road Great Barrington, MA 01230 . Attestation ($5.00) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Total: $27.00

Deputy Sheriff, Brian Lagess

_Deputy Sheriff_

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

| Summons | CIVIL DOCKET NO. 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Kipp M. Wiggins vs. Mathew O'Sullivan Officer et al<br><br>vs.<br><br>Kipp M. Wiggins<br>Plaintiff(s)<br><br>Town of Egremont Police Department<br>Defendant(s) | | Deborah S. Capeless  Clerk of Courts<br>County<br>COURT NAME & ADDRESS:<br>Berkshire County Superior Court<br>76 East Street<br>Pittsfield, MA. 01201 |

THIS SUMMONS IS DIRECTED TO  Officer Mathew O'Sullivan  (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT

1. **You must respond to this lawsuit in writing within 20 days.**
If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

FILED NOV 10 2022
Deborah Capeless

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
   Kipp M. Wiggins
   P.O. Box 533
   Lakeville, CT. 06039

3. **What to Include in Your Response.**
An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq._____, Chief Justice on _____, 20____. (Seal)

Clerk-Magistrate _Deborah Stapleton_

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

### PROOF OF SERVICE OF PROCESS



**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841
**Berkshire, ss.**                                                                November 10, 2022

I hereby certify and return that on 11/9/2022 at 11:00 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jason LaForest, Chief, agent, person in charge at the time of service for Officer Matthew O'Sullivan, Egremont Police 171 Egremont Plain Road Great Barrington, MA 01230 . Attestation ($5.00) Conveyance ($4.50) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Travel ($12.80) Total: $44.30

Deputy Sheriff, Brian Lagess

_Deputy Sheriff_

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

| Summons | CIVIL DOCKET NO. 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Kipp M. Wiggins vs. Mathew O'Sullivan Officer et al<br><br>vs.<br><br>Kipp M. Wiggins<br>Plaintiff(s)<br><br>Town of Egremont Police Department<br>Defendant(s) | | Deborah S. Capeless  Clerk of Courts<br>County<br>COURT NAME & ADDRESS:<br>Berkshire County Superior Court<br>76 East Street<br>Pittsfield, MA. 01201 |

THIS SUMMONS IS DIRECTED TO **Back-Up Supporting Responding Officers** (Defendant's name) "DOES"

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the **Berkshire County Superior** Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT
FILED
NOV 10 2022

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, **Berkshire County Superior** Court (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
   Kipp M. Wiggins
   P.O. Box 533
   Lakeville, CT. 06039

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq. , Chief Justice on _____, 20____ . (Seal)

Clerk-Magistrate _Deborah Stapleton_

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

### PROOF OF SERVICE OF PROCESS

**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841
**Berkshire, ss.**
November 10, 2022

I hereby certify and return that on 11/9/2022 at 11:00 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jason LaForest, Chief, agent, person in charge at the time of service for Back-Up Supporting Responding Officers, "John Does", 171 Egremont Plain Road Great Barrington, MA 01230 . Attestation ($5.00) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Total: $27.00

Deputy Sheriff, Brian Lagess

_Deputy Sheriff_

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

| Summons | CIVIL DOCKET NO. <br> 2276CV00159 | Trial Court of Massachusetts <br> The Superior Court |
|---|---|---|
| CASE NAME: Kipp M. Wiggins vs. Mathew O'Sullivan Officer et al <br><br> Kipp M. Wiggins <br> Plaintiff(s) <br><br> vs. <br><br> Town of Egremont Police Department <br> Defendant(s) | | Deborah S. Capeless  Clerk of Courts <br> County <br><br> COURT NAME & ADDRESS: <br> Berkshire County Superior Court <br> 76 East Street <br> Pittsfield, MA. 01201 |

THIS SUMMONS IS DIRECTED TO Police Impound Service: Watson's Automotive 1149-N. Main St. Sheffield, MA. 01257 (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**
If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT
NOV 10 2022
Deborah Capeless

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
   Kipp M. Wiggins
   P.O. Box 533
   Lakeville, CT. 06039

3. **What to Include in Your Response.**
An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

THS

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq. , Chief Justice on _____ , 20___ . (Seal)

Clerk-Magistrate _Deborah Stapleton_

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841

November 10, 2022

**Berkshire, ss.**

I hereby certify and return that on 11/9/2022 at 11:17 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jeff Watson, Owner, agent, person in charge at the time of service for Watson's Auto Repair, 1149 N. Main Street Sheffield, MA 01257 . Attestation ($5.00) Conveyance ($4.50) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Travel ($14.72) Total: $46.22

Deputy Sheriff, Brian Lagess

_Deputy Sheriff_

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date:

rev. 1/2019