# EXHIBIT B

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| | | COUNTY |
| **Plaintiff** Kipp Mendez Wiggins | | **Defendant:** Town of Egremont Police Department |
| **ADDRESS:** 42 Bostwick St. P.O. Box 533 Lakeville, Ct. 06039 | | **ADDRESS:** 171 Egremont Plain Rd. Great Barrington, MA. 01230 |
| **Plaintiff Attorney:** Pro Se / Self Represented | | **Defendant Attorney:** |
| **ADDRESS:** | | **ADDRESS:** |
| **BBO:** | | **BBO:** |

**TYPE OF ACTION AND TRACK DESIGNATION** (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B99 | Other Tortious Action | F | ☐ YES ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A? ☐ YES ☒ NO

Is there a class action under Mass. R. Civ. P. 23? ☐ YES ☒ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

THE COMMONWEALTH OF MASSACHUSETTS

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

FILED AUG 12 2022
Deborah Capuano

A. Documented medical expenses to date
 1. Total hospital expenses
 2. Total doctor expenses
 3. Total chiropractic expenses
 4. Total physical therapy expenses
 5. Total other expenses (describe below)

Subtotal (1-5): $0.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X _Kipp M. Wiggins_   Date: 08-12-2022

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X _Kipp M. Wiggins_   Date: 08-12-2022

SC0001: 1/22/2021   www.mass.gov/courts   Date/Time Printed:03-25-2021 14:40:19