# EXHIBIT C

(1)

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
CIVIL ACTION
NO. 227CV00159

Kipp Mandez Wilkins
PLAINTIFF(S) (PRINT NAME CLEARLY)

vs. Officer Matthew O'Sullivan
And The Egremont Police Department
DEFENDANT(S) (PRINT NAME CLEARLY)

COMPLAINT

2022

## PARTIES

1. Plaintiff(s) reside(s) at 42 Bostwick St.; Lakeville, Ct. 06039
   _____Street_____City or Town
   in the County of Litchfield

2. Defendant(s) reside(s) at Town of Egremont Police Department —
   in the County of 171 Egremont Plain Rd, Gt. Barrington, MA. 01230
   _____Street_____City of Town

## FACTS

3. I am a black man. On 7-26-2019 I believe I was racially profiled/stopped by Trooper Mathew O'Sullivan driving through Egremont. Parked perpendicularly to the highway he pulled out immediately upon light hitting my face, pulling me over after 1-2 miles, citing 5 counts including open containers, dissmissed on all counts on 09-10-2019. He proceeded to without consent search me, the car with help of the supporting backup officer and also allowing the tow truck man to help search it before impounding it. While detained in the cruiser, I watched while they damaged the car hatch and scratching the paint, and another

$1500.00 in damages accrued while in impound, $2000.00 storage fees, and $20,000.00 cash went missing. Once I was released from custody I was left stranded on side of the road with no way home other than to walk 20 miles.

4.   Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes _____          No _____

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

_____

**WHEREFORE**, plaintiff demands that:

This court: Award compensatory and punitive damages against all defendants for the above violations of the U.S. Constitution. Award prejudgment interest on any award of damages to the extent permitted by law. Award reasonable attorney's fee + costs. Grant such other relief as the court may deem appropriate. Claimant seeks compensation in the amount of $10 million dollars.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 08-25-2022

_____
**Signature of Plaintiff(s)**
43-Bostwick Street
**Street Address**
Lakeville, Ct 06039
**City/Town**
860-435-0840
**Telephone**

Additional Parties Continued...

2. Defendant: Town of Egremont Police Department

3. Defendant: Back-Up Supporting Responding Officers "DOES"

4. Defendant: Police Impound Service: Watson's Automotive,
1149- North Main St. Sheffield, MA. 01257

# APPLICATION FOR CRIMINAL COMPLAINT

| APPLICATION NO.(COURT USE ONLY) | PAGE _1_ of _2_ | **Trial Court of Massachusetts District Court Department** |
|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☒ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of
☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

**So Berkshire District Court**
**9 GILMORE AVE**
**GREAT BARRINGTON, MA. 01230**

ARREST STATUS OF ACCUSED
☐ **HAS**   ☒ **HAS NOT** been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS

KIPP M WIGGINS
PO BOX NA Apt. 533
LAKEVILLE, CT 06039

| BIRTH DATE 09/13/1968 | SOCIAL SECURITY NUMBER 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 |
|---|---|
| PCF NO. | MARITAL STATUS |

| DRIVERS LICENSE NO. S35794854 | STATE MA |
|---|---|

| GENDER M | HEIGHT | WEIGHT | EYES |
|---|---|---|---|

| HAIR | RACE B | COMPLEXION | SCARS/MARKS/TATTOOS | INTERPRETER NEEDED (language) | BIRTH STATE OR COUNTRY | DAY PHONE |
|---|---|---|---|---|---|---|

| EMPLOYER/SCHOOL | MOTHER'S MAIDEN NAME (FIRST MI LAST) | FATHER'S NAME (FIRST MI LAST) |
|---|---|---|

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST)

Matthew A O'Sullivan

ADDRESS

Egremont Police Department
171-A Egremont Plain Road
Egremont, MA. 01258

| COMPLAINANT TYPE ☒ POLICE ☐ CITIZEN ☐ OTHER | PD EGR |
|---|---|

PLACE OF OFFENSE
Egremont, MA

| INCIDENT REPORT NO. 19-33-AR | OBTN |
|---|---|

CITATION NO(S).
T1511216, T1511216, T1511216, T1511217, T1511217

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90/9/B | UNREGISTERED MOTOR VEHICLE | 07/26/2019 |

VARIABLES (e.g. victim name, controlled substance, type and value of property, other variable information; see Complaint Language Manual)

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 2 | 90/20/B | INSPECTION/STICKER, NO | 07/26/2019 |

VARIABLES

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 3 | 90/34J | UNINSURED MOTOR VEHICLE | 07/26/2019 |

VARIABLES

REMARKS
SID#

COMPLAINANT'S SIGNATURE
X ~~Matthew O'Sullivan~~

DATE FILED
07/26/19

| COURT USE ONLY → | A HEARING UPON THIS COMPLAINT APPLICATION } WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING | TIME OF HEARING AT | COURT USE ONLY ← |
|---|---|---|---|---|

| DATE | PROCESSING OF NON-ARREST APPLICATION(COURT USE ONLY) | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: | |
| | ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED | |
| | ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE | |
| | ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| | ☐ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3. BASED ON ☐ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. ___ START NO. ___ END NO. ___ ☐ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE: | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | |

# APPLICATION FOR CRIMINAL COMPLAINT

| APPLICATION NO.(COURT USE ONLY) | PAGE | Trial Court of Massachusetts |
| --- | --- | --- |
| | 2 of 2 | District Court Department |

So Berkshire District Court
9 GILMORE AVE
GREAT BARRINGTON, MA. 01230

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☒ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of
☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

ARREST STATUS OF ACCUSED
☐ **HAS** ☒ **HAS NOT** been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS

KIPP M WIGGINS
PO BOX NA Apt. 533
LAKEVILLE, CT 06039

| | |
| --- | --- |
| BIRTH DATE 09/13/1968 | SOCIAL SECURITY NUMBER 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 |
| PCF NO. | MARITAL STATUS |
| DRIVERS LICENSE NO. S35794854 | STATE MA |

| GENDER M | HEIGHT | WEIGHT | EYES |
| --- | --- | --- | --- |

| HAIR | RACE B | COMPLEXION | SCARS/MARKS/TATTOOS | INTERPRETER NEEDED (language) | BIRTH STATE OR COUNTRY | DAY PHONE |
| --- | --- | --- | --- | --- | --- | --- |

| EMPLOYER/SCHOOL | MOTHER'S MAIDEN NAME (FIRST MI LAST) | FATHER'S NAME (FIRST MI LAST) |
| --- | --- | --- |

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST)
Matthew A O'Sullivan

ADDRESS

Egremont Police Department
171-A Egremont Plain Road
Egremont, MA. 01258

| COMPLAINANT TYPE ☒ POLICE ☐ CITIZEN ☐ OTHER | PD EGR |
| --- | --- |

PLACE OF OFFENSE
Egremont, MA

| INCIDENT REPORT NO. 19-33-AR | OBTN |
| --- | --- |

CITATION NO(S).
T1511216, T1511216, T1511216, T1511217, T1511217

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
| --- | --- | --- | --- |
| 1 | 90/23/H | REGISTRATION SUSPENDED, OP MV WITH | 07/26/2019 |
| | VARIABLES (e.g. victim name, controlled substance, type and value of property. other variable information; see Complaint Language Manual) | | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
| --- | --- | --- | --- |
| 2 | 90/24I | ALCOHOL IN MV, POSSESS OPEN CONTAINER OF | 07/26/2019 |
| | VARIABLES | | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
| --- | --- | --- | --- |
| 3 | | | |
| | VARIABLES | | |

REMARKS
SID#

COMPLAINANT'S SIGNATURE
X [signature]

DATE FILED
07/26/19

| COURT USE ONLY | A HEARING UPON THIS COMPLAINT APPLICATION } WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING | TIME OF HEARING AT | COURT USE ONLY |
| --- | --- | --- | --- | --- |

| DATE | PROCESSING OF NON-ARREST APPLICATION(COURT USE ONLY) | CLERK/JUDGE |
| --- | --- | --- |
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: | |
| | ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED | |
| | ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE | |
| | ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
| --- | --- | --- | --- |
| | ☐ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3. BASED ON ☐ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. _____ START NO._____ END NO._____ ☐ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | |

**Egremont Police Department**                                    **Page: 1**

PERSONNEL NARRATIVE FOR MATTHEW A O'SULLIVAN

Ref: 19-33-AR

Entered: 07/26/2019 @ 0614          Entry ID: 387
Modified: 07/26/2019 @ 0619      Modified ID: 387

Egremont Police Department

Arrest Report

On Friday July 26, 2019 I, Officer Matthew O'Sullivan of The Egremont Police Department was assigned to the 0000-0800 shift. I was in full uniform and assigned to marked cruiser number 537.

At approximately 0114 hours while traveling Westbound on Main Street I observed that the vehicle in front of me had a vehicle registration decal that appeared to be expired. I activated my emergency light's and stopped the vehicle in the area of The Egremont Post Office on Main Street. Main Street is a public way in The Town of Egremont. I approached the vehicle and requested license and registration from the operator who I identified as Kipp WIGGINS. While speaking with WIGGINS I observed that the vehicles inspection sticker had expired in 2017.

After returning to my cruiser Berkshire Regional Dispatch (BRD) informed me that the vehicles registration status was revoked for insurance. I requested that BRD dispatch Watsons Towing to the scene. BRD further informed me that WIGGGINS triple I history showed a past history of drug charges. I then made contact with WIGGINS to inform him of the vehicles status and request that he secure a ride from another individual. While speaking with WIGGINS the second time I smelled the moderate odor of an alcoholic beverage coming from inside of the vehicle. I then inquired as to where WIGGINS was coming from. WIGGINS informed me that he was coming from Bogies Pub in Great Barrington. When asked, WIGGINS further informed me that he had three beer's while at Bogies.

I returned to my vehicle and requested a mutual aid response from The Sheffield Police Department. I then approached WIGGINS vehicle and asked him to step out. I conducted a pat frisk of WIGGINS person for officer safety reasons which he consented to. I then asked WIGGGINS to stand in front of my vehicle. While speaking further with WIGGINS I observed the moderate odor of an alcoholic beverage omitting from WIGGINS person. Shortly after Officer Norse of The Sheffield Police Department arrived on scene. WIGGINS informed officer's that he was not willing to perform standardized field sobriety test (SFST), however would be willing to take a portable breath test (PBT). WIGGINS PBT results registered a blood alcohol content (BAC) of under .04.

For the safety of WIGGINS I offered him a seat in the rear of my cruiser while Officer Norse and I conducted an inventory search of WIGGINS vehicle. Officer Norse and I then conducted an inventory search of WIGGINS Vehicle and I completed the corresponding form in accordance with The Egremont Police Department's inventory search policy. During the search I located a two pieces of tin foil that appeared to be wrapped up. I discovered that one of the piece that had been located in the glove box did not contain anything. The second piece located in a container in front of the shifter contained a white powdery substance. Officer Norse assisted me with field testing the substance which did not come back with a  conclusive result. Also found in the vehicle was a small cooler like lunch bag that contained a number of beer's two of which were open and had been within reach of WIGGINS as he was operating the vehicle. Nothing further was found during the inventory search.

Watson's Towing arrived during the inventory search and assisted me with removing the plates from the vehicle which were seized. Watson's Towing then took possession of the vehicle. As WIGGINS was attempting to get home to Lakeville Connecticut; Officer Norse agreed to give WIGGINS a courtesy ride to the state line.

Due to the totality of the circumstances I find probable cause to charge WIGGINS with the following on Massachusetts Civil Citation number's T1511216 & T1511217:

Massachusetts General Law (MGL) 90-9- Unregistered motor vehicle

Egremont Police Department                              Page: 2

PERSONNEL NARRATIVE FOR MATTHEW A O'SULLIVAN

Ref: 19-33-AR

Entered: 07/26/2019 @ 0614        Entry ID: 387
Modified: 07/26/2019 @ 0619    Modified ID: 387

Egremont Police Department

Arrest Report

---

MGL 90-20- No inspection sticker (expired)
MGL 90-34J- Uninsured motor vehicle
MGL 90-23- Operating after revocation
MGL 90-24I- Possession of an open container in a motor vehicle.

Respectfully,

Officer Matthew A. O'Sullivan

## Egremont Police Department
### Images Associated with 19-33-AR









# EGREMONT POLICE DEPARTMENT MOTOR VEHICLE INVENTORY FORM

*To be completed each and every time a motor vehicle is towed and/or searched.

Case No. _____  Date: 07/26/19  Time: 0711  Officer Name/ID: M. O'Sullivan

Vehicle Operator Name: King M. Wiggins

Plate No. / State: 1PP656  Year: _____  Make Model: Audi  Color: Black

VIN No. _____  Location Inventoried: Main St, Post Office

## INTERIOR / EXTERIOR DAMAGE

_____

### INDICATE DAMAGE TO EFFECTED AREAS LISTED BELOW:

Roof: Antenna missing

Windows: _____

Front: _____

Rear: Scratches

Lights: _____

Left: Scratches left side

Right: _____

Wheels / Tires: _____

Other: Misc tools, Leather jacket, jumper cables, misc papers
☐ Pictures Taken: umbrella's, pump, jacket, blanket, pillow, two hats

## ELECTRONIC EQUIPMENT

Radio – Factory Aftermath: _____

CB Radio: _____

CD / DVD Player: _____

Mobile Phone: _____

TV / Monitor: _____

Glove Box Contents: (List all articles, containers, contents & conditions) _____

Seat Area – Front/Rear: (List all articles, containers, contents & conditions) _____

OPERATOR / OWNER _____
Sign

TOW COMPANY _____
Sign

TOW OPERATOR _____   Jeff _____   Print
Sign