# EXHIBIT D

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Kipp M Wiggins vs. Mathew O'Sullivan Officer et al | Deborah S. Capeless, Clerk of Courts |
|---|---|

| TO: File Copy | COURT NAME & ADDRESS Berkshire County Superior Court 76 East Street Pittsfield, MA 01201 |
|---|---|

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 11/15/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 12/15/2022 | |
| All motions under MRCP 12, 19, and 20 | 12/15/2022 | 01/17/2023 | 02/13/2023 |
| All motions under MRCP 15 | 12/15/2022 | 01/17/2023 | 02/13/2023 |
| All discovery requests **and depositions** served and non-expert depositions completed | 06/13/2023 | | |
| All motions under MRCP 56 | 07/13/2023 | 08/14/2023 | |
| Final pre-trial conference held and/or firm trial date set | | | 12/11/2023 |
| Case shall be resolved and judgment shall issue by | | | 08/16/2024 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 09/27/2022 | ASSISTANT CLERK | PHONE |
|---|---|---|

Date/Time Printed: 09-27-2022 11:15:15

SCV026\ 08/2018