UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:22-cv-30159

KIPP M. WIGGINS, )
    Plaintiff )
)
vs. )
)
TOWN OF EGREMONT POLICE )
DEPARTMENT, et al. )
    Defendants )

**<u>DEFENDANTS, "TOWN OF EGREMONT POLICE DEPARTMENT" AND OFFICER MATTHEW O'SULLIVAN'S, ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL</u>**

NOW COME the defendants, "Town of Egremont Police Department" and Officer Matthew O'Sullivan ("defendants"), and in answer to the plaintiff's Complaint, by the counts and paragraphs numbered therein, says:

**<u>PARTIES</u>**

1.    The defendants neither admit nor deny the allegations contained in Paragraph 1 of the plaintiff's Complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

2.    The defendants deny the allegations contained in Paragraph 2 of plaintiff's Complaint.

**<u>FACTS</u>**

3.    The defendants admit the allegations contained in the first sentence of Paragraph 3 of the plaintiff's Complaint. The defendants deny the allegations contained in the second

657938

sentence of Paragraph 3 of the plaintiff's Complaint. The defendants deny the allegations contained in the third sentence of Paragraph 3 of the plaintiff's Complaint. The defendants deny the allegations contained in the fourth sentence of Paragraph 3 of the plaintiff's Complaint. The defendants deny the allegations contained in the fifth sentence of Paragraph 3 of the plaintiff's Complaint. The defendants deny the allegations contained in the sixth sentence of Paragraph 3 of the plaintiff's Complaint.

### DEMAND

The defendants submit that the demand contained in the plaintiff's Complaint contains a demand and/or legal argument to which no response is required. To the extent that the demand contained in the plaintiff's Complaint alleges wrongdoing on the part of defendants, defendants specifically deny same.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Some or all of the claims set forth in the Complaint are barred by the applicable statute of limitations and/or by the doctrine of laches.

### SECOND DEFENSE

In further answering, the defendant says that the plaintiff's claim is frivolous and not made in good faith, and the defendant, therefore, demand their costs and attorney's fees pursuant to G.L. c. 231, § 6F.

### THIRD DEFENSE

The defendants say that the plaintiff's complaint must be dismissed on the grounds that the service of process against them was insufficient.

657938

## FOURTH DEFENSE

The defendant says that if plaintiff was injured as alleged, such was due to the acts or negligence of another, which constitute an intervening, superseding cause and, therefore, defendant is not liable.

## FITH DEFENSE

The defendants say that the plaintiff has failed to comply with the requirements of M.G.L. c. 258, §§ 2 and 4 and, as such, the Complaint must be dismissed.

## SIXTH DEFENSE

The defendants say that they are immune from liability in this case.

## SEVENTH DEFENSE

The defendants say that M.G.L. c. 258, § 10 precludes the imposition of liability in this case.

## EIGHTH DEFENSE

The Town of Egremont cannot be held liable for violating the civil rights of the plaintiff as there has been no official or unofficial policy, custom, ordinance, regulation, or practice resulting in the deprivation of constitutional rights alleged.

## NINTH DEFENSE

The doctrine of qualified immunity precludes the imposition of liability.

## TENTH DEFENSE

The defendant says that M.G.L. c. 258, § 10 precludes the imposition of liability in this case.

## ELEVENTH DEFENSE

The defendants state that any actions taken by the defendants in connection with the allegations in this complaint were justified and required by considerations of public policy, safety and law enforcement.

657938

## TWELFTH DEFENSE

Plaintiff's damages claims are barred for failure to mitigate his damages.

## THIRTEENTH DEFENSE

Defendants state that plaintiff's own conduct proximately caused any and all damages sought in the Complaint.

## DEMAND FOR JURY TRIAL

The defendants hereby demand a trial by jury.

THE DEFENDANTS,
OFFICER MATTHEW O'SULLIVAN and
"TOWN OF EGREMONT POLICE DEPARTMENT"


By: */s/ David S. Lawless*
David S. Lawless, Esq., BBO #664754
   Direct Fax: (413) 452-0370
   E-mail:  dlawless@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts  01115
Phone (413) 732-2301

657938

<u>CERTIFICATE OF SERVICE</u>

    I, David S. Lawless, Esq., hereby certify that on this 5th day of December, 2022, I served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

> Kipp M. Wiggins
> 42 Bostwick Street
> P.O. Box 533
> Lakeville, CT 06039

*Subscribed under the penalties of perjury.*

                                        */s/ David S. Lawless*
                                        David S. Lawless, Esq.

657938