

The Commonwealth of Massachusetts

BERKSHIRE DIVISION
SUPERIOR COURT DEPARTMENT
76 EAST STREET
PITTSFIELD, MASSACHUSETTS 01201

**DEBORAH S. CAPELESS**, CLERK

(413) 499-7487

CIVIL DOCKET NO.:  2276CV00159

Kipp Mendez Wiggins,
         Plaintiff

vs.

Town of Egremont Police
Department, et al.,
         Defendants

## **RECEIPT**

I, _DAVID S. LAWLESS_____, the undersigned, hereby acknowledge receipt of certified copies of pleadings and docket entries to be filed with the United States District Court.

_____
Signature

_12/12/2022_____
Date Received

**Please sign and return to the Berkshire Superior Court at 76 East Street, Pittsfield, MA  01201.

Respectfully,

_____
Deborah S. Capeless
Clerk

DSC/tas
Encs.
cc. 2276CV00159

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
CIVIL ACTION
NO. 22 76 CV 00159

Kipp Mondez Wiggins
PLAINTIFF(S)  (PRINT NAME CLEARLY)

vs. Officer Matthew O'Sullivan
And The Egremont Police Department
DEFENDANT(S)  (PRINT NAME CLEARLY)

COMPLAINT

FILED AUG 21 2022

## PARTIES

1. Plaintiff(s) reside(s) at 42 Bostwick St., Lakeville, CT 06039.
   Street                                    City or Town

in the County of Litchfield

2. Defendant(s) reside(s) at Town of Egremont Police Department —

in the County of 171 Egremont Plain Rd. Gt. Barrington, MA 01230
                        Street                              City of Town

## FACTS

3. I am a black man. On 7-26-2019 I believe I was racially profiled/stopped by Trooper Mathew O'Sullivan driving through Egremont. Parked perpendicularly to the highway he pulled out immediately upon light hitting my face, pulling me over after 1-2 miles, citing 5 counts including open containers, dismissed on all counts on 09-10-2019. He proceeded to without consent search me, the car with help of the supporting backup officer and also allowing the tow truck man to help search it before impounding it. While detained in the cruiser, I watched while they damaged the car hatch and scratching the paint, and another

$5000.00 in damages accrued while in impound, $2000.00 storage fees, and $20,000.00 cash went missing. Once I was released from custody I was left stranded on side of the road with no way home other than to walk 20 miles.

4.    Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____          No_____

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:

This court: Award compensatory and punitive damages against all defendants for the above violations of the U.S. Constitution. Award prejudgment interest on any award of damages to the extent permitted by law. Award reasonable attorney's fee + costs. Grant such other relief as the court may deem appropriate. Claimant seeks compensation in the amount of $10 million dollars.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 03-25-2022

Signature of Plaintiff(s)
42 Bostwick Street
**Street Address**
Lakeville, Ct 06039
**City/Town**
860-435-0840
**Telephone**

<u>Additional Parties Continued...</u>

2. Defendant: Town of Egremont Police Department

3. Defendant: Back-Up Supporting Responding Officers. "DOES."

4. Defendant: Police Impound Service: Watson's Automotive,
     1149 North Main St. Sheffield, MA. 01257

A True Copy
Attest:
Clerk

(2)

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>2276CV00159 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| | | COUNTY |

| Plaintiff KIPP Mendez Wiggins | Defendant: Town of Egremont Police Department |
|---|---|
| ADDRESS: 42 Bostwick St.<br>P.O. Box 533<br>Lakeville, Ct. 06039 | ADDRESS: 171 Egremont Plain Rd.<br>Great Barrington, MA. 01230 |
| Plaintiff Attorney: Pro Se / Self Represented | Defendant Attorney: |
| ADDRESS: | ADDRESS: |
| | |
| | |
| BBO: | BBO: |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO.<br>B99 | TYPE OF ACTION (specify)<br>Other Tortious Action | TRACK<br>F | HAS A JURY CLAIM BEEN MADE?<br>☐ YES   ☒ NO |
|---|---|---|---|

*If "Other" please describe:

| Is there a claim under G.L. c. 93A?<br>☐ YES   ☒ NO | Is there a class action under Mass. R. Civ. P. 23?<br>☐ YES   ☒ NO |
|---|---|

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

THE COMMONWEALTH OF MASSACHUSETTS

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages.
For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

F
I
L
E
D

AUG 1ST 2022

F
I
L
E
D

*(signature)*

A. Documented medical expenses to date

   1. Total hospital expenses

   2. Total doctor expenses

   3. Total chiropractic expenses

   4. Total physical therapy expenses

   5. Total other expenses (describe below)

Subtotal (1-5):     **$0.00**

B. Documented lost wages and compensation to date

C. Documented property damages to date

D. Reasonably anticipated future medical and hospital expenses

E. Reasonably anticipated lost wages

F. Other documented items of damages (describe below)

TOTAL (A-F):     **$0.00**

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

| Signature of Attorney/Unrepresented Plaintiff: X *(signature)* | Date: 08-12-2022 |
|---|---|

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

| Signature of Attorney/Unrepresented Plaintiff: X *(signature)* | Date: 08-12-2022 |
|---|---|

www.mass.gov/courts

Date/Time Printed:03-25-2021 14:40:19

MSD

# COMMONWEALTH OF MASSACHUSETTS

**SUPERIOR COURT**
**CIVIL ACTION**
**NO.** _____

_Kidd Mealee Walton_
**PLAINTIFF(S)  (PRINT NAME CLEARLY)**

VS. _Officer Mathew O'Sullivan, and Does 1-3, in their individual capacities,_
_as state employees acting under color of_
~~Town of Egremont Police Department~~ _law. And Town of Egremont Police Department_
**DEFENDANT(S)  (PRINT NAME CLEARLY)**

**COMPLAINT**

## PARTIES

1.  Plaintiff(s) reside(s) at __22 Roswell Rd, Lee City, MA 039__
                            Street                        City or Town
in the County of _____

2.  Defendant(s) reside(s) at __Town of Egremont Police Department__
                            Street                        City of Town
in the County of __171 Egremont Plain Rd, Great Barrington, MA 0139__

## FACTS

3. On 07-30-20?? I was racially profiled by Trooper Mathew O'Sullivan of the Egremont
Police Department during routine Community when stopped for the color of my skin and
driving a nice car. He said I was running during the stop meaning running for a plate
and citation ... Cited for unregistered, main sported, uninsured, Suspended Registration, and
other containers and repeatedly asked if power like substance on console was drugs
and kept saying I know something's wrong with this car, fix charges dismissed on
07-30-20?? He said he swerved a town tested me, passed. He decided to impound the
the vehicle and searched the car and my person w/out my consent. He called for backup
and when they arrived, I allowed room and the impound service guy to search the car
while handcuffed and detained in back of cruiser, damaging the paint of my truck and
scratching the paint and $9,000.00 cash went missing and $500.00 in damages
while in impound $1,000.00 in storage fees, and leaving me stranded on side of road.

Defendants Does 1-3 are individuals whose identities are not currently known to Plaintiff and who by their actions caused his unlawful detention and arrest. They are sued in their individual capacities. Upon information and belief, they are and were at all relevant times agents, officers, or employees, or otherwise representatives of Egremont Police Department. At all times relevant to this Complaint all Defendants were acting under the color of law.

4.   Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____          No_____

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:

This Court: Award compensatory and punitive damages against all Defendants for the above violations of the United States Constitution. Award pre-judgment interest on any award of damages to the extent permitted by law. Award reasonable attorney's fees and costs. Grant such other relief as the Court may deem appropriate. Claimant seeks compensation in the amount of $2.5 million dollars.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: _12-20-2021_  _8-15-2022_          _Anthony Abramo_
                                         **Signature of Plaintiff(s)**
                                         _42 Poswick St_
                                         **Street Address**
                                         _Lakeville CT 06039_
                                         **City/Town**
                                         _860-435-0840_
                                         **Telephone**

Additional Parties Continuation

2. Defendant; Town of Egremont Police Department

3. Defendant; Back-Up Supporting Responding Officers "DOES"

4. Defendant; "Plaintiff was and Service "Watsons Automotive.
1190 N. Main St. Sheffield, MA. 01257

A True Copy
Attest:
Clerk



**DEBORAH S. CAPELESS**, CLERK

The Commonwealth of Massachusetts
BERKSHIRE DIVISION
SUPERIOR COURT DEPARTMENT
76 EAST STREET
PITTSFIELD, MASSACHUSETTS 01201



(413) 499-7487

August 19, 2022

Kipp Mendez Wiggins
42 Bostwick Street
Lakeville CT  06039

RE:  New Complaint and Affidavit of Indigency filed

Dear Mr. Wiggins,

We are in receipt of your complaint, civil action cover sheet, affidavit of indigency and supplemental.

It appears your complaint is a copy.  We are unable to accept a copy and will need to be provided with an Original clearly written Complaint.

If you should have any questions, please contact our office.

Sincerely,

Berkshire Superior Court

MSD

( 2)

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>2276CV00159 | Trial Court of Massachusetts<br>The Superior Court |
| --- | --- | --- |
| | | COUNTY |

| Plaintiff KiPP Mendez Wiggins | Defendant Town of Egremont Police Department |
| --- | --- |
| ADDRESS 42 Bostwick St.<br>P.O. Box 533<br>Lakeville, Ct. 06039 | ADDRESS 171 Egremont Plain Rd.<br>Great Barrington, MA. 01230 |
| Plaintiff Attorney Pro Se / Self Represented | Defendant Attorney |
| ADDRESS | ADDRESS |
| | |
| BBO: | BBO: |

**TYPE OF ACTION AND TRACK DESIGNATION** (see instructions section below)

| CODE NO.<br>B99 | TYPE OF ACTION (specify)<br>Other Tortious Action | TRACK<br>F | HAS A JURY CLAIM BEEN MADE?<br>☐ YES   ☒ NO |
| --- | --- | --- | --- |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?        ☐ YES   ☒ NO

Is there a class action under Mass. R. Civ. P. 23?        ☐ YES   ☒ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

THE COMMONWEALTH OF MASSACHUSETTS

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff relies to determine money damages.
For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

F I L E D

AUG 1?2022

*Deborah S. Capers*

A. Documented medical expenses to date

1. Total hospital expenses
2. Total doctor expenses
3. Total chiropractic expenses
4. Total physical therapy expenses
5. Total other expenses (describe below)

Subtotal (1-5):        $0.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F):        $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
| --- | --- | --- |
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X _Kipp M. Wiggins_        Date: 08-12-2022

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X _Kipp M. Wiggins_        Date: 08-12-2022

SC0001: 1/22/2021                www.mass.gov/courts                Date/Time Printed:03-25-2021 14:40:19

MSD

# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
CIVIL ACTION
NO. 22 7C CV00159

Kipp Montez Wilkins
PLAINTIFF(S)  (PRINT NAME CLEARLY)

vs. Officer Matthew O'Sullivan

And The Egremont Police Department
DEFENDANT(S)  (PRINT NAME CLEARLY)

COMPLAINT

2022

## PARTIES

1.  Plaintiff(s) reside(s) at 42 Bostwick St., Lakeville, Ct 06039
    _____   _____
    Street                    City or Town

in the County of Litchfield

2.  Defendant(s) reside(s) at Town of Egremont Police Department

in the County of 171 Egremont Plain Rd, Gt. Barrington, MA 01230
    _____   _____
    Street                    City of Town

## FACTS

3. I am a black man. On 7-21-2019 I believe I was racially profiled/stopped by Trooper Matthew O'Sullivan driving through Egremont. Parked perpendicularly to the highway he pulled out immediately upon sight hitting my face, pulling me over after 1-2 miles, citing 5 counts including open containers, dismissed on all counts on 09-10-2019. He proceeded to without consent search me, the car with help of the supporting backup officer and also allowing the tow truck man to help search it before impounding it. While detained in the cruiser, I watched while they damaged the car hatch and scratching the paint, and another

$1,000.00 in damages accrued while in impound, $2,000.00 storage fees, and $20,000.00 cash went missing. Once I was released from custody I was left stranded on side of the road with no way home other than to walk 20 miles.

4.    Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____          No_____

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:

This court: Award compensatory and punitive damages against all defendants for the above violations of the US. Constitution. Award prejudgment interest on any award of damages to the extent permitted by law. Award reasonable attorney's fees + costs. Grant such other relief as the court may deem appropriate. Claimant seeks compensation in the amount of $10 million dollars.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 08-25-2022

Signature of Plaintiff(s)
42 Bostwick Street
**Street Address**
Lakeville, CT 06039
**City/Town**        860-435-0840
**Telephone**

Additional Parties Continued...

2. Defendant: Town of Egremont Police Department

3. Defendant: Back-Up Supporting Responding Officers "DOES"

4. Defendant: Police Impound Service: Watson's Automotive,
1149- North Main St. Sheffield, MA. 01257

A True Copy.
Attest:
Clerk

# APPLICATION FOR CRIMINAL COMPLAINT

APPLICATION NO.(COURT USE ONLY)

PAGE __1__ of __2__

**Trial Court of Massachusetts
District Court Department**

So Berkshire District Court
9 GILMORE AVE
GREAT BARRINGTON, MA. 01230

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☒ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of
☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

ARREST STATUS OF ACCUSED
☐ HAS ☒ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS

KIPP M WIGGINS
PO BOX NA Apt. 533
LAKEVILLE, CT 06039

BIRTH DATE 09/13/1968

SOCIAL SECURITY NUMBER 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

PCF NO.

MARITAL STATUS

DRIVERS LICENSE NO. S35794854

STATE MA

GENDER M

HEIGHT

WEIGHT

EYES

HAIR

RACE B

COMPLEXION

SCARS/MARKS/TATTOOS

INTERPRETER NEEDED (language)

BIRTH STATE OR COUNTRY

DAY PHONE

EMPLOYER/SCHOOL

MOTHER'S MAIDEN NAME (FIRST MI LAST)

FATHER'S NAME (FIRST MI LAST)

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST)   Matthew A O'Sullivan

COMPLAINANT TYPE
☒ POLICE ☐ CITIZEN ☐ OTHER

PD EGR

ADDRESS

Egremont Police Department
171-A Egremont Plain Road
Egremont, MA. 01258

PLACE OF OFFENSE   Egremont, MA

INCIDENT REPORT NO. 19-33-AR

OBTN

CITATION NO(S). T1511216, T1511216, T1511216, T1511217, T1511217

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90/9/B | UNREGISTERED MOTOR VEHICLE | 07/26/2019 |
| | VARIABLES (e.g. victim name, controled substance, type and value of property. other variable information; see Complaint Language Manual) | | |
| 2 | 90/20/B | INSPECTION/STICKER, NO | 07/26/2019 |
| | VARIABLES | | |
| 3 | 90/34J | UNINSURED MOTOR VEHICLE | 07/26/2019 |
| | VARIABLES | | |

REMARKS
SID#

COMPLAINANT'S SIGNATURE   X _Matthew O'Sullivan_

DATE FILED 07/26/19

COURT USE ONLY   A HEARING UPON THIS COMPLAINT APPLICATION }
WILL BE HELD AT THE ABOVE COURT ADDRESS ON

DATE OF HEARING

TIME OF HEARING

COURT USE ONLY

DATE

AT

### PROCESSING OF NON-ARREST APPLICATION(COURT USE ONLY)

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:

CLERK/JUDGE

NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:

HEARING CONTINUED TO:

APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT  BY ACCUSED
☐ FELONY CHARGED AND POLICE DID NOT REQUEST NOTICE
☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

DATE

| COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|
| ☐ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3.  BASED ON ☐ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. START NO. ____ END NO. ____ ☐ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE: | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | |

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO.(COURT USE ONLY) | PAGE 2 of 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☒ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of
   ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ **WARRANT** is requested because prosecutor represents that accused may not appear unless arrested.

So Berkshire District Court
9 GILMORE AVE
GREAT BARRINGTON, MA. 01230

ARREST STATUS OF ACCUSED
☐ HAS   ☒ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

| NAME (FIRST MI LAST) AND ADDRESS | | |
|---|---|---|
| KIPP M WIGGINS PO BOX NA Apt. 533 LAKEVILLE, CT 06039 | BIRTH DATE 09/13/1968 | SOCIAL SECURITY NUMBER 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 |
| | PCF NO. | MARITAL STATUS |
| | DRIVERS LICENSE NO. S35794854 | STATE MA |
| | GENDER M | HEIGHT | WEIGHT | EYES |

| HAIR | RACE B | COMPLEXION | SCARS/MARKS/TATTOOS | INTERPRETER NEEDED (language) | BIRTH STATE OR COUNTRY | DAY PHONE |
|---|---|---|---|---|---|---|

| EMPLOYER/SCHOOL | MOTHER'S MAIDEN NAME (FIRST MI LAST) | FATHER'S NAME (FIRST MI LAST) |
|---|---|---|

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) Matthew A O'Sullivan | COMPLAINANT TYPE ☒ POLICE ☐ CITIZEN ☐ OTHER | PD EGR |
|---|---|---|
| ADDRESS Egremont Police Department 171-A Egremont Plain Road Egremont, MA. 01258 | PLACE OF OFFENSE Egremont, MA | |
| | INCIDENT REPORT NO. 19-33-AR | OBTN |
| | CITATION NO(S). T1511216, T1511216, T1511216, T1511217, T1511217 | |

| 1 | OFFENSE CODE 90/23/H | DESCRIPTION REGISTRATION SUSPENDED, OP MV WITH | OFFENSE DATE 07/26/2019 |
|---|---|---|---|
| | VARIABLES (e.g. victim name, controlled substance, type and value of property. other variable information; see Complaint Language Manual) | | |

| 2 | OFFENSE CODE 90/24I | DESCRIPTION ALCOHOL IN MV, POSSESS OPEN CONTAINER OF | OFFENSE DATE 07/26/2019 |
|---|---|---|---|
| | VARIABLES | | |

| 3 | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| | VARIABLES | | |

| REMARKS SID# | COMPLAINANT'S SIGNATURE X Matthew | DATE FILED 07/26/19 |
|---|---|---|

| COURT USE ONLY | A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON } | DATE OF HEARING | TIME OF HEARING | COURT USE ONLY |
|---|---|---|---|---|
| DATE | | | AT | |

## PROCESSING OF NON-ARREST APPLICATION(COURT USE ONLY)

| NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | CLERK/JUDGE |
|---|---|
| NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| HEARING CONTINUED TO: | |
| APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT   BY ACCUSED ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| | ☐ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3.  BASED ON ☐ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. _____ START NO. _____ END NO. _____ ☐ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | |

Egremont Police Department                                    Page: 1

PERSONNEL NARRATIVE FOR MATTHEW A O'SULLIVAN

Ref: 19-33-AR

Entered: 07/26/2019 @ 0614          Entry ID: 387
Modified: 07/26/2019 @ 0619     Modified ID: 387

Egremont Police Department

Arrest Report

On Friday July 26, 2019 I, Officer Matthew O'Sullivan of The Egremont Police Department was assigned to the 0000-0800 shift. I was in full uniform and assigned to marked cruiser number 537.

At approximately 0114 hours while traveling Westbound on Main Street I observed that the vehicle in front of me had a vehicle registration decal that appeared to be expired. I activated my emergency light's and stopped the vehicle in the area of The Egremont Post Office on Main Street. Main Street is a public way in The Town of Egremont. I approached the vehicle and requested license and registration from the operator who I identified as Kipp WIGGINS. While speaking with WIGGINS I observed that the vehicles inspection sticker had expired in 2017.

After returning to my cruiser Berkshire Regional Dispatch (BRD) informed me that the vehicles registration status was revoked for insurance. I requested that BRD dispatch Watsons Towing to the scene. BRD further informed me that WIGGGINS triple I history showed a past history of drug charges. I then made contact with WIGGINS to inform him of the vehicles status and request that he secure a ride from another individual. While speaking with WIGGINS the second time I smelled the moderate odor of an alcoholic beverage coming from inside of the vehicle. I then inquired as to where WIGGINS was coming from. WIGGINS informed me that he was coming from Bogies Pub in Great Barrington. When asked, WIGGINS further informed me that he had three beer's while at Bogies.

I returned to my vehicle and requested a mutual aid response from The Sheffield Police Department. I then approached WIGGINS vehicle and asked him to step out. I conducted a pat frisk of WIGGINS person for officer safety reasons which he consented to. I then asked WIGGINS to stand in front of my vehicle. While speaking further with WIGGINS I observed the moderate odor of an alcoholic beverage omitting from WIGGINS person. Shortly after Officer Norse of The Sheffield Police Department arrived on scene. WIGGINS informed officer's that he was not willing to perform standardized field sobriety test (SFST), however would be willing to take a portable breath test (PBT). WIGGINS PBT results registered a blood alcohol content (BAC) of under .04.

For the safety of WIGGINS I offered him a seat in the rear of my cruiser while Officer Norse and I conducted an inventory search of WIGGINS vehicle. Officer Norse and I then conducted an inventory search of WIGGINS Vehicle and I completed the corresponding form in accordance with The Egremont Police Department's inventory search policy. During the search I located a two pieces of tin foil that appeared to be wrapped up. I discovered that one of the piece that had been located in the glove box did not contain anything. The second piece located in a container in front of the shifter contained a white powdery substance. Officer Norse assisted me with field testing the substance which did not come back with a conclusive result. Also found in the vehicle was a small cooler like lunch bag that contained a number of beer's two of which were open and had been within reach of WIGGINS as he was operating the vehicle. Nothing further was found during the inventory search.

Watson's Towing arrived during the inventory search and assisted me with removing the plates from the vehicle which were seized. Watson's Towing then took possession of the vehicle. As WIGGINS was attempting to get home to Lakeville Connecticut; Officer Norse agreed to give WIGGINS a courtesy ride to the state line.

Due to the totality of the circumstances I find probable cause to charge WIGGINS with the following on Massachusetts Civil Citation number's T1511216 & T1511217:

Massachusetts General Law (MGL) 90-9- Unregistered motor vehicle

Egremont Police Department                                    Page: 2
PERSONNEL NARRATIVE FOR MATTHEW A O'SULLIVAN
Ref: 19-33-AR

Entered: 07/26/2019 @ 0614        Entry ID: 387
Modified: 07/26/2019 @ 0619     Modified ID: 387


Egremont Police Department

Arrest Report

---

MGL 90-20- No inspection sticker (expired)
MGL 90-34J- Uninsured motor vehicle
MGL 90-23- Operating after revocation
MGL 90-24I- Possession of an open container in a motor vehicle.


Respectfully,

Officer Matthew A. O'Sullivan

Egremont Police Department
Images Associated with 19-33-AR

 

"PRESS HARD - You are making 5 copies."          "PRESS HARD - You are making 5 copies."



# EGREMONT POLICE DEPARTMENT MOTOR VEHICLE INVENTORY FORM

*To be completed each and every time a motor vehicle is towed and/or searched.

Case No. _____

Date 07/26/19     Time 0711     Officer Name/ID M. O'Sullivan

Vehicle Operator Name: King M. Wissing

Plate No. / State 1PPb56     Year _____     Make Model Audi     Color Black

VIN No. _____

Location Inventoried: Main St, Post Office

## INTERIOR / EXTERIOR DAMAGE

### INDICATE DAMAGE TO EFFECTED AREAS LISTED BELOW:

Roof: Antenna missing     Windows: _____     Front: _____     Rear: Scratches

Lights: _____     Left: Scratches left side     Right: _____     Wheels / Tires: _____

Other: Misc tools, Leather Jacket, Jumper cables, Misc campers
☐ Pictures Taken: umbrella's, pump, jacket, Oil hts, Allo/tire tools

## ELECTRONIC EQUIPMENT

Radio – Factory Aftermath: _____     CB Radio: _____     CD / DVD Player: _____     Mobile Phone: _____

TV / Monitor: _____

Glove Box Contents: (List all articles, containers, contents & conditions) _____

Seat Area – Front/Rear: (List all articles, containers, contents & conditions) _____

OPERATOR / OWNER _____
                  Sign

TOW COMPANY _____
           Sign

TOW OPERATOR _____     Jeff Wilson
            Sign                Print

# EXHIBIT D

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Kipp M Wiggins vs. Mathew O'Sullivan Officer et al | Deborah S. Capeless, Clerk of Courts |
|---|---|
| TO: File Copy | COURT NAME & ADDRESS Berkshire County Superior Court 76 East Street Pittsfield, MA 01201 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 11/15/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 12/15/2022 | |
| All motions under MRCP 12, 19, and 20 | 12/15/2022 | 01/17/2023 | 02/13/2023 |
| All motions under MRCP 15 | 12/15/2022 | 01/17/2023 | 02/13/2023 |
| All discovery requests **and depositions** served and non-expert depositions completed | 06/13/2023 | | |
| All motions under MRCP 56 | 07/13/2023 | 08/14/2023 | |
| Final pre-trial conference held and/or firm trial date set | | | 12/11/2023 |
| Case shall be resolved and judgment shall issue by | | | 08/16/2024 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 09/27/2022 | ASSISTANT CLERK | PHONE |
|---|---|---|

Date/Time Printed: 09/27-2022 11:15:15

SCV026\ 08/2018

JS 44 (Rev. 10/20)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

KIPP M. WIGGINS

**DEFENDANTS**

OFFICER MATTHEW O'SULLIVAN AND EGREMONT POLICE DEPARTMENT

**(b)** County of Residence of First Listed Plaintiff   Litchfield (CT)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Berkshire
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Kipp M. Wiggins, Pro Se 42 Bostwick Street P.O. Box 533 Lakeville, CT 06039

Attorneys *(If Known)*

David S. Lawless, Esq. Robinson Donovan, P.C. 1500 Main St., Springfield, MA

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |     Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
|     & Enforcement of Judgment |     Slander     Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted |     Liability   ☐ 368 Asbestos Personal | |     New Drug Application | ☐ 470 Racketeer Influenced and |
|     Student Loans | ☐ 340 Marine     Injury Product | | ☐ 840 Trademark |     Corrupt Organizations |
|     (Excludes Veterans) | ☐ 345 Marine Product     Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment |     Liability   **PERSONAL PROPERTY** | **LABOR** |     Act of 2016 |     (15 USC 1681 or 1692) |
|     of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending |     Act | **SOCIAL SECURITY** |     Protection Act |
| ☐ 190 Other Contract |     Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Property Damage |     Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise |     Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) |     Exchange |
| | ☐ 362 Personal Injury -     Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| |     Medical Malpractice |     Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee |     Income Security Act | ☐ 870 Taxes (U.S. Plaintiff |     Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | |     or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/     Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability |     Accommodations   ☐ 530 General | |     26 USC 7609 |     Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | |     Agency Decision |
| |     Employment   **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | |     State Statutes |
| |     Other   ☐ 550 Civil Rights |     Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| |   ☐ 560 Civil Detainee - | | | |
| |     Conditions of | | | |
| |     Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. § 1983

Brief description of cause:
Alleged violation of rights under U.S. Constitution.

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.  DEMAND $ $10,000,000  CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**  *(See instructions:)*  JUDGE _____  DOCKET NUMBER _____

DATE
11/28/2022

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Wiggins, Kipp M. v. Town of Egremont Police Department, et al.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

   [ ]   I.     410, 441, 470, 535, 830*, 835*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   [✓]   II.    110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720, 740, 790, 820*, 840*,  850, 870,  871.

   [ ]   III.   120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315,  330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 376, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555,  625, 690, 751, 791, 861-865,  890, 896, 899, 950.

            *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   None.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES [ ]   NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [✓]

7. Do all of the parties  in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [✓]   NO [ ]

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division [ ]        Central Division [ ]        Western Division [✓]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [✓]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME David S. Lawless

ADDRESS Robinson Donovan, P.C., 1500 Main Street, Suite 2300, Springfield, Massachusetts 01115

TELEPHONE NO. (413) 732-2301

(CategoryForm6-2017.wpd)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:22-cv-30159

KIPP M. WIGGINS,                          )
     Plaintiff                           )
                                         )
vs.                                       )
                                         )
TOWN OF EGREMONT POLICE                    )
DEPARTMENT, et al.                        )
     Defendants                          )

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the following Defendants in the above-captioned matter: OFFICER MATTHEW O'SULLIVAN and TOWN OF EGREMONT POLICE DEPARTMENT.

RESPECTFULLY SUBMITTED

THE DEFENDANTS,
OFFICER MATTHEW O'SULLIVAN and
TOWN OF EGREMONT POLICE
DEPARTMENT

By:____/s/ David S. Lawless_____
David S. Lawless, Esq., BBO #664754
   Direct Fax: (413) 452-0370
   E-mail: dlawless@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts 01115
Phone (413) 732-2301

657814

CERTIFICATE OF SERVICE

I, David S. Lawless, Esq., hereby certify that on this 28th day of November, 2022, I served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

Kipp M. Wiggins
42 Bostwick Street
P.O. Box 533
Lakeville, CT 06039

*Subscribed under the penalties of perjury.*

_/s/ David S. Lawless_
David S. Lawless, Esq.



657814



**ROBINSON DONOVAN**

David S. Lawless, Esq.
dlawless@robinsondonovan.com

November 28, 2022

Civil Clerk's Office
Berkshire County Superior Court
76 East St.
Pittsfield, MA 01201

RE:   *Kipp M. Wiggins v. Egremont Police Department, et al.*
       Berkshire County Superior Court, Civil Action No.:  2276CV00159
       Our File No.:  220225

Dear Sir/Madam:

  Enclosed please find a *Notice of Filing of Notice of Removal* with the United States District Court in the above-captioned matter.

  Thank you for your assistance.

Sincerely,

David S. Lawless

DSL/laf
Enclosure(s)
cc:   Kipp M. Wiggins

657816

| **Summons** | CIVIL DOCKET NO. 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

CASE NAME: Kipp M. Wiggins vs. Matthew O'Sullivan Officer et al

Kipp M. Wiggins
Plaintiff(s)

vs.

Town of Egremont
Police Department
Defendant(s)

Deborah S. Capeless   Clerk of Courts
County

COURT NAME & ADDRESS:
Berkshire County Superior Court
76 East Street
Pittsfield, MA. 01201

Police Impound Service: Watson's Automotive
THIS SUMMONS IS DIRECTED TO 1149-N. Main St. Sheffield, MA. 01257 (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**
If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT
NOV 10 2022
Nathaniel Shapiran

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court (address), by mail or in person **AND**

    b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
    Kipp M. Wiggins
    P.O. Box 533
    Lakeville, Ct. 06039

3. **What to Include in Your Response.**
An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

TA8

| | | |
|---|---|---|
| **Summons** | CIVIL DOCKET NO.<br>2276CV00159 | **Trial Court of Massachusetts**<br>**The Superior Court** |
| CASE NAME: Kipp M. Wiggins vs. Matthew O'Sullivan Officer et al<br><br>Kipp M. Wiggins<br>Plaintiff(s)<br><br>VS.<br><br>Town of Egremont<br>Police Department<br>Defendant(s) | | Deborah S. Capeless   Clerk of Courts<br><br>County<br><br>COURT NAME & ADDRESS:<br>Berkshire County Superior Court<br>76 East Street<br>Pittsfield, MA 01201 |

THIS SUMMONS IS DIRECTED TO Town of Egremont Police Department (Defendant's name)

<u>You are being sued.</u> The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed

against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. <u>You must respond to this lawsuit in writing within 20 days.</u>

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.

You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to

resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing**

**from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court <u>and</u> mail a copy to the Plaintiff's Attorney (or the

Plaintiff, if unrepresented). You can do this by:

  a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court

    (address), by mail or in person **AND**

  b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:

    Kipp M. Wiggins
    P.O. Box 533
    Lakeville, CT 06039

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s)

alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or

you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that

are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.

Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case

  heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

| **Summons** | CIVIL DOCKET NO.<br>2276CVOD159 | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

CASE NAME: Kipp M. Wiggins vs. Matthew O'Sullivan Officer et al

Kipp M. Wiggins
*Plaintiff(s)*

vs.

Town of Egremont
Police Department
*Defendant(s)*

Deborah S. Capeless   Clerk of Courts

County

COURT NAME & ADDRESS:
Berkshire County Superior Court
76 East Street
Pittsfield, MA. 01201

---

THIS SUMMONS IS DIRECTED TO Back-Up Supporting Responding Officers (Defendant's name)
"DOES"

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed

against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.

You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to

resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing**

**from the Court.**

NOV 10 2022

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the

Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court

(address), by mail or in person **AND**

b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:

Kipp M. Wiggins
P.O. Box 533
Lakeville, Ct. 06039

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s)

alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or

you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that

are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.

Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case

heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

| | CIVIL DOCKET NO. | |
|---|---|---|
| **Summons** | 2276 CV00159 | **Trial Court of Massachusetts**<br>**The Superior Court** |

CASE NAME: Kipp M. Wiggins vs. Mathew O'Sullivan Officer et al

Deborah S. Capeless    Clerk of Courts
County

KIPP M. WIGGINS
Plaintiff(s)

VS.

COURT NAME & ADDRESS:
Berkshire County Superior Court
76 East Street
Pittsfield MA, 01201

Town of Egremont
Police Department
Defendant(s)

THIS SUMMONS IS DIRECTED TO  Officer Mathew O'Sullivan    (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court (address), by mail or in person **AND**

b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
Kipp M. Wiggins
P.O. Box 533
Lakeville, CT. 06039

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.



COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

BERKSHIRE, SS.                                    SUPERIOR COURT
                                      CIVIL ACTION NO. 2276CV00159

KIPP M. WIGGINS,                    )
        Plaintiff                   )
                                    )        THE COMMONWEALTH OF MASSACHUSE...
                                    )        BERKSHIRE S.S. SUPERIOR COURT
vs.                                 )
                                    )    F                             F
                                    )    I                             I
OFFICER MATTHEW O'SULLIVAN and      )    L      NOV 21 2022            L
EGREMONT POLICE DEPARTMENT,         )    E                             E
        Defendants                  )    D                             D

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, Officer Matthew O'Sullivan and

Egremont Police Department, in the above-captioned matter.

                        THE DEFENDANTS,
                        OFFICER MATTHEW O'SULLIVAN and
                        EGREMONT POLICE DEPARTMENT


                        By:___/s/ David S. Lawless_____
                        David S. Lawless, Esq., BBO #664754
                             Direct Fax: (413) 452-0370
                             E-mail: dlawless@robinsondonovan.com
                        Robinson Donovan, P.C.
                        1500 Main Street, Suite 2300
                        Springfield, Massachusetts 01115
                        Phone (413) 732-2301

657809

JZ

Date Filed 11/21/2022 12:58 PM
Superior Court - Berkshire
Docket Number 2276CV00159

Page 2 of 2

## CERTIFICATE OF SERVICE

I, David S. Lawless, Esq., hereby certify that on this 21st day of November, 2022, I served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

Kipp M. Wiggins
42 Bostwick Street
P.O. Box 533
Lakeville, CT 06039

*Subscribed under the penalties of perjury.*

_____ /s/ David S. Lawless _____
David S. Lawless, Esq.



657809

Page 2 of 2

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

BERKSHIRE, SS.                                         SUPERIOR COURT
                                          CIVIL ACTION NO. 2276CV00159

KIPP M. WIGGINS,                    )
        Plaintiff                   )
                                    )
vs.                                 )
                                    )
OFFICER MATTHEW O'SULLIVAN and      )
EGREMONT POLICE DEPARTMENT,         )
        Defendants                  )

## NOTICE OF FILING OF NOTICE OF REMOVAL WITH THE UNITED STATES DISTRICT COURT

NOW COME the defendants, Officer Matthew O'Sullivan and Egremont Police Department, and hereby give notice of their filing with the United States District Court, District of Massachusetts, Western Division, of their Notice of Removal. Copies of the Notice of Removal and Notice of Electronic Filing are attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
OFFICER MATTHEW O'SULLIVAN and
EGREMONT POLICE DEPARTMENT

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT

**F I L E D**

**NOV 30 2022**

**F I L E D**

By:    /s/ David S. Lawless
David S. Lawless, Esq., BBO #664754
    Direct Fax: (413) 452-0370
    E-mail:  dlawless@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts  01115
Phone (413) 732-2301

657815

<u>CERTIFICATE OF SERVICE</u>

I, David S. Lawless, Esq., hereby certify that on this 28th day of November, 2022, I served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

Kipp M. Wiggins
42 Bostwick Street
P.O. Box 533
Lakeville, CT 06039

*Subscribed under the penalties of perjury.*

          */s/ David S. Lawless*
David S. Lawless, Esq.



657815

# EXHIBIT A

Notices

3:22-cv-30159 Wiggins v. O'Sullivan et al

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered by Lawless, David on 11/28/2022 at 12:53 PM EST and filed on 11/28/2022

Case Name: Wiggins v. O'Sullivan et al
Case Number: 3:22-cv-30159
Filer: Mathew O'Sullivan
   Town of Egremont Police Department
Docket Number:1

Docket Text:
**NOTICE OF REMOVAL by Mathew O'Sullivan, Town of Egremont Police Department ( Filing fee: $ 402, receipt number AMADC-9603721 Fee Status: Filing Fee paid) (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Civil Cover Sheet, # (6) Category Form)(Lawless, David)**

**3:22-cv-30159 Notice has been electronically mailed to:**

David S. Lawless dlawless@robinson-donovan.com, lfrost@robinsondonovan.com, troche@robinson-donovan.com

**3:22-cv-30159 Notice will not be electronically mailed to:**

Kipp M. Wiggins

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/28/2022] [FileNumber=10089102
-0] [adef97eb1bf54565cedb18823e23d4f28b42a2d331f42bc4fefc72f0b465c16c3
7db2b626a78b12a2b43e64065b85752db7a9ffd4e7bc263f41e57caa95f8dc9]]
Document description:Exhibit A
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/28/2022] [FileNumber=10089102
-1] [dfff43898703266063f01257f97f8cecd4fb8cb595594783839dda00f69610d92
f3bf7068df5d955d24820ddc926e13fb6c0fdf8c9f97a0b3b86d7f16db0dabf]]
Document description:Exhibit B
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/28/2022] [FileNumber=10089102
-2] [d451494ef7cd65ccadebf555500388ed3e491afee175d2cdbcf5358865f864c23
ac6bb5009628e994d3b1043e32265d3127824aeb39b7851729662ea6223f83c]]
Document description:Exhibit C
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/28/2022] [FileNumber=10089102
-3] [30b3096c14b9b5869b42b801697dabad0996d14f2385ae39dd51294c41056efd1
ebf4d2696e83d4b42ec798b8564acaf96222c671e9a4af3705bbf55c6fd11d5]]
Document description:Exhibit D
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/28/2022] [FileNumber=10089102
-4] [b8dd8af4154d4c63a91d91c9cfa9b9b73b33816d9f493f0999039b595ccdcb42d
a2161bdcaa680695a83907d93d7bae3f50e47b4bff9b126f3894457ab9f6e5b]]
Document description:Civil Cover Sheet
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/28/2022] [FileNumber=10089102
-5] [de22bdc24c3a7228f49c459c6191301518f570700db154d9b2069d3fcd4132058
9987b5ba31e538867a4373a09651b4cea77fe506f38aa45942b781f46ec8ad0]]
Document description:Category Form
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/28/2022] [FileNumber=10089102
-6] [d7c2b6af410f131973eb96b0abbb9b46b2c2e5872de3fdtb2113c8253fe66d6af8
aac0b4fea82f8fdda3801b01f8f792c8b33485292d3eb7861de7cca397c4a923]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:22-cv-30159

KIPP M. WIGGINS,                          )
     Plaintiff                          )
                                        )
vs.                                       )
                                        )
TOWN OF EGREMONT POLICE                   )
DEPARTMENT, et al.                        )
     Defendants                         )

### NOTICE OF REMOVAL

NOW COME the defendants, Officer Matthew O'Sullivan and Town of Egremont Police Department (collectively, "Petitioners"), by their attorney, and pursuant to 28 U.S.C. § 1441, *et seq.*, state as follows:

1. The Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.,* to remove this action from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Berkshire County, in which this case is now pending under the name and style: *Wiggins, Kipp Mendez vs. O'Sullivan Officer, Mathew et al,* Docket No. 2276CV00159.

2. This is an action in which the district courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

3. This action was filed on or about August 17, 2022. The complaint was served on Petitioners on November 9, 2022. In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after service of the

657813

complaint upon the aforementioned Petitioners.

4.   Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following served upon the Defendants in this action (attached hereto as <u>Exhibit A,</u> <u>Exhibit B</u>, <u>Exhibit C</u> and <u>Exhibit D</u>, respectively):

  A.   Summonses with Proof of Service;

  B.  Civil Action Cover Sheet;

  C.  Complaint; and

  D.  Tracking Order.

5.  Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Berkshire County, to the United States District Court for the District of Massachusetts, Western Division, the District and Division where the action is pending.

6.  Written notice of the filing of this Notice will be given to the adverse party.

7.  A copy of this petition will be filed with the clerk of the Superior Court Department, Berkshire County.

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

657813

Page 3 of 3

RESPECTFULLY SUBMITTED

THE DEFENDANTS,
OFFICER MATTHEW O'SULLIVAN and
TOWN OF EGREMONT POLICE
DEPARTMENT


By:    /s/ David S. Lawless
David S. Lawless, Esq., BBO #664754
    Direct Fax: (413) 452-0370
    E-mail:  dlawless@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts  01115
Phone (413) 732-2301


<u>CERTIFICATE OF SERVICE</u>

I, David S. Lawless, Esq., hereby certify that on this 28th day of November, 2022, I served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

Kipp M. Wiggins
42 Bostwick Street
P.O. Box 533
Lakeville, CT 06039


*Subscribed under the penalties of perjury.*

            /s/ David S. Lawless
David S. Lawless, Esq.



# EXHIBIT A

(6)

| Summons | CIVIL DOCKET NO. 2276CV00159 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

CASE NAME: Kipp M. Wiggins vs. Matthew O'Sullivan Officer et al

Kipp M. Wiggins
Plaintiff(s)

VS.

Town of Egremont
Police Department
Defendant(s)

Deborah S. Capeless    Clerk of Courts
County

COURT NAME & ADDRESS:
Berkshire County Superior Court
76 East Street
Pittsfield, MA, 01201

THIS SUMMONS IS DIRECTED TO Town of Egremont Police Department (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

THE COMMONWEALTH OF MASSACH.
BERKSHIRE S.S. SUPERIOR COURT
FILED
NOV 10 2022
Deborah Capeless

2. How to Respond.

To respond to this lawsuit, you must file a written to response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court (address), by mail or in person **AND**

b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
Kipp M. Wiggins
P.O. Box 533
Lakeville, Ct. 06039

3. What to Include in Your Response.

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

748

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq. , Chief Justice on _____ , 20____ . (Seal)

Clerk-Magistrate _Deborah Stapelen_

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841

**Berkshire, ss.**                                                                                   November 10, 2022

I hereby certify and return that on 11/9/2022 at 11:00 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jason LaForest, Chief, agent, person in charge at the time of service for Town of Egremont Police Department, 171 Egremont Plain Road Great Barrington, MA 01230 . Attestation ($5.00) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Total: $27.00

Deputy Sheriff, Brian Lagess

_____
                        **Deputy Sheriff**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

Case 3:22-cv-30159-MGM   Document 8   Filed 12/12/22   Page 45 of 54
Case 3:22-cv-30159   Document 1-1   Filed 11/28/22   Page 4 of 9

(8)

| **Summons** | CIVIL DOCKET NO.<br>2276 CV00159 | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

CASE NAME: Kipp M. Wiggins VS. Mathew O'Sullivan Officer et al

Kipp. M. Wiggins
*Plaintiff(s)*

VS.

Town of Egremont
Police Department
*Defendant(s)*

Deborah S. Capeless   Clerk of Courts
County

COURT NAME & ADDRESS:
Berkshire County Superior Court
76 East Street
Pittsfield, MA. 01201

THIS SUMMONS IS DIRECTED TO **Officer Mathew O'Sullivan**   (Defendant's name)

<u>You are being sued.</u> The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT

1. <u>You must respond to this lawsuit in writing within 20 days.</u>

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

FILED
NOV 1 0 2022

Deborah Capeless

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court <u>and</u> mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court
    (address), by mail or in person **AND**

    b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
    Kipp M. Wiggins
    P.O. Box 533
    Lakeville, Ct. 06039

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

TPS

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

## 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

## 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq.    , Chief Justice on _____, 20_____ . (Seal)

Clerk-Magistrate _Deborah Stapleen_

**Note:** The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841
*Berkshire, ss.*                                              November 10, 2022

I hereby certify and return that on 11/9/2022 at 11:00 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jason LaForest, Chief, agent, person in charge at the time of service for Officer Matthew O'Sullivan, Egremont Police 171 Egremont Plain Road Great Barrington, MA 01230 . Attestation ($5.00) Conveyance ($4.50) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Travel ($12.80) Total: $44.30

Deputy Sheriff, Brian Lagess

_____
**Deputy Sheriff**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

(71

| | | |
|---|---|---|
| **Summons** | CIVIL DOCKET NO. *2276CV00159* | **Trial Court of Massachusetts**<br>**The Superior Court** |
| CASE NAME: *Kipp M. Wiggins vs. Matthew O'Sullivan Officer et al*<br><br>*Kipp M. Wiggins*<br>**Plaintiff(s)**<br><br>VS.<br><br>*Town of Egremont*<br>*Police Department*<br>**Defendant(s)** | | *Deborah S. Capeless*  Clerk of Courts<br>County<br>COURT NAME & ADDRESS:<br>*Berkshire County Superior Court*<br>*76 East Street*<br>*Pittsfield, MA. 01201* |

THIS SUMMONS IS DIRECTED TO *Back-Up Supporting Responding Officer* (Defendant's name)
*"DOES"*

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the *Berkshire County Superior* Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

FILED
NOV 10 2022
*Deborah Capeless*

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, *Berkshire County Superior* Court
        (address), by mail or in person **AND**

    b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
        *Kipp M. Wiggins*
        *P.O. Box 533*
        *Lakeville, Ct. 06039*

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq. , Chief Justice on _____ , 20____ . (Seal)

Clerk-Magistrate Deborah Stapleen

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS



**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841
**Berkshire, ss.**
November 10, 2022

I hereby certify and return that on 11/9/2022 at 11:00 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jason LaForest, Chief, agent, person in charge at the time of service for Back-Up Supporting Responding Officers, "John Does", 171 Egremont Plain Road Great Barrington, MA 01230 . Attestation ($5.00) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Total: $27.00

Deputy Sheriff, Brian Lagess

_____
**Deputy Sheriff**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

Case 3:22-cv-30159-MGM   Document 8   Filed 12/12/22   Page 49 of 54
Case 3:22-cv-30159   Document 1-1   Filed 11/28/22   Page 8 of 9

(5)

| **Summons** | CIVIL DOCKET NO.<br>2276 CV00159 | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

CASE NAME: Kipp M. Wiggins vs, Mathew O'Sullivan Officer et al

Deborah S. Capeless   Clerk of Courts
County

Kipp M. Wiggins
Plaintiff(s)

vs.

Town of Egremont
Police Department
Defendant(s)

COURT NAME & ADDRESS:
Berkshire County Superior Court
76 East Street
Pittsfield, MA. 01201

THIS SUMMONS IS DIRECTED TO Police Impound Service: Watson's Automotive
1149-N. Main St. Sheffield, MA. 01257 (Defendant's name)

<u>You are being sued.</u> The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed
against you is attached to this summons and the original complaint has been filed in the Berkshire County Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. <u>**You must respond to this lawsuit in writing within 20 days.**</u>

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.
You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to
resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing
from the Court.**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE S.S. SUPERIOR COURT

FILED
NOV 1 0 2022

Deborah Capeless

2. How to Respond.

To respond to this lawsuit, you must file a written to response with the court <u>and</u> mail a copy to the Plaintiff's Attorney (or the
Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, Berkshire County Superior Court

        (address), by mail or in person <u>**AND**</u>

    b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
Kipp M. Wiggins
P.O. Box 533
Lakeville, Ct. 06039

3. What to Include in Your Response.

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s)
alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or
you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that
are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.
Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case
heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

TH-5

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq. , Chief Justice on _____ , 20____ . (Seal)

Clerk-Magistrate _Deborah Stapleton_

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

**Office of the Sheriff** • 75 South Church Street, 6th Floor • Pittsfield, MA 01201 • (413) 443-6841
**Berkshire, ss.** November 10, 2022

I hereby certify and return that on 11/9/2022 at 11:17 AM I served a true and attested copy of the Summons & Complaint/Civil Action Cover Sheet/Tracking Order in this action in the following manner: To wit, by delivering in hand to Jeff Watson, Owner, agent, person in charge at the time of service for Watson's Auto Repair, 1149 N. Main Street Sheffield, MA 01257 . Attestation ($5.00) Conveyance ($4.50) Copies ($1.00) Postage & Handling ($1.00) Service Fee ($20.00) Travel ($14.72) Total: $46.22

Deputy Sheriff, Brian  Lagess

_Deputy Sheriff_

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

# EXHIBIT B

Date Filed 12/5/2022 10:05 AM
Superior Court - Berkshire
Docket Number 2276CV00159

(41)

BERKSHIRE S.S. SUPERIOR COURT

F
I
L
E
D
**DEC 05 2022**

F
I
L
E
D

*Deborah Capeless*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

CIVIL ACTION NO. 3:22-cv-30159

KIPP M. WIGGINS,                      )
    Plaintiff                          )
                                       )
                                       )
vs.                                   )
                                       )
                                       )
TOWN OF EGREMONT POLICE               )
DEPARTMENT, et al.                    )
    Defendants                         )

Certified to be a true and
correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts
By: *Mary Finn*
    Deputy Clerk
Date: 11/29/2022

### NOTICE OF REMOVAL

    NOW COME the defendants, Officer Matthew O'Sullivan and Town of Egremont Police Department (collectively, "Petitioners"), by their attorney, and pursuant to 28 U.S.C. § 1441, *et seq.*, state as follows:

1.    The Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.,* to remove this action from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Berkshire County, in which this case is now pending under the name and style: *Wiggins, Kipp Mendez vs. O'Sullivan Officer, Mathew et al,* Docket No. 2276CV00159.

2.    This is an action in which the district courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

3.    This action was filed on or about August 17, 2022. The complaint was served on Petitioners on November 9, 2022. In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after service of the

657813

TS

complaint upon the aforementioned Petitioners.

4.  Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following served upon the Defendants in this action (attached hereto as <u>Exhibit A,</u> <u>Exhibit B,</u> <u>Exhibit C</u> and <u>Exhibit D,</u> respectively):

    A.  Summonses with Proof of Service;

    B.  Civil Action Cover Sheet;

    C.  Complaint; and

    D.  Tracking Order.

5.  Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, Berkshire County, to the United States District Court for the District of Massachusetts, Western Division, the District and Division where the action is pending.

6.  Written notice of the filing of this Notice will be given to the adverse party.

7.  A copy of this petition will be filed with the clerk of the Superior Court Department, Berkshire County.

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

657813

RESPECTFULLY SUBMITTED

THE DEFENDANTS,
OFFICER MATTHEW O'SULLIVAN and
TOWN OF EGREMONT POLICE
DEPARTMENT


By:   /s/ David S. Lawless
David S. Lawless, Esq., BBO #664754
    Direct Fax: (413) 452-0370
    E-mail: dlawless@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 2300
Springfield, Massachusetts 01115
Phone (413) 732-2301



CERTIFICATE OF SERVICE

    I, David S. Lawless, Esq., hereby certify that on this 28th day of November, 2022, I
served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

Kipp M. Wiggins
42 Bostwick Street
P.O. Box 533
Lakeville, CT 06039


Subscribed under the penalties of perjury.

        /s/ David S. Lawless
        David S. Lawless, Esq.



657813