UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:22-cv-30159

| | |
|---|---|
| KIPP M. WIGGINS,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| TOWN OF EGREMONT POLICE<br>DEPARTMENT, et al.,<br>    Defendants | )<br>)<br>) |

## DEFENDANTS' PROPOSED SCHEDULING STATEMENT

NOW COME the defendants, "Town of Egremont Police Department" and Officer Matthew O'Sullivan ("defendants"), and submit the following Proposed Scheduling Statement in accordance with Federal Rules of Civil Procedure 16, Local Rule 16.1(d) and the Court's January 4, 2023 Notice of Scheduling Conference.

### Timetable for Discovery and Motion Practice

I. **Initial Disclosures:** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by February 14, 2023.

II. **Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after April 3, 2023.

III. **Fact Discovery - Interim Deadlines**

    a. Completion of non-expert discovery, including service of and responses to all written discovery (including requests for admissions) and non-expert depositions by September 29, 2023.

658161

IV. **Status Conference**:  A status conference will be held on (to be determined by the court).

V. **Expert Discovery**:  The defendants respectfully request that schedules for dispositive motions and expert discovery be set at the status conference following the close of fact discovery.

VI. **Initial Pretrial Conference**:  To be determined by the court.

VII. **Efforts to Settle or Narrow Issues in This Case**

   a. *Settlement*

   The defendants do not contemplate settlement at this time.

VIII. **Certifications**

Pursuant to L.R. 16.1, defendants' counsel has discussed settlement and ADR with his clients.

>Respectfully submitted,
>
>THE DEFENDANTS,
>OFFICER MATTHEW O'SULLIVAN and
>"TOWN OF EGREMONT POLICE DEPARTMENT"
>
>By      */s/ David S. Lawless, Esq.*
>David S. Lawless, Esq., BBO # 664754
>   Direct Fax (413) 452-0370
>   dlawless@robinsondonovan.com
>Robinson Donovan, P.C.
>1500 Main Street, Suite 2300
>Springfield, Massachusetts 01115
>Phone (413) 732-2301

658161

## CERTIFICATE OF SERVICE

I, David S. Lawless, Esq., hereby certify that on this 3rd day of January, 2023, I served a copy of the above upon the parties in the action via mail, to pro se plaintiff:

> Kipp M. Wiggins
> 42 Bostwick Street
> P.O. Box 533
> Lakeville, CT 06039

*Subscribed under the penalties of perjury.*

>                /s/ David S. Lawless
>         David S. Lawless, Esq.

658161