UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KIPP M. WIGGINS,

      Plaintiff,

      v.

TOWN OF EGREMONT POLICE
DEPARTMENT, *et al.*,

      Defendants.

Civil Action No. 22-30159-MGM

## SCHEDULING ORDER

January 4, 2023

MASTROIANNI, U.S.D.J.

The following schedule is entered based on Defendants' proposed schedule (Dkt. No. 9) and

the schedule set at the initial scheduling conference on January 4, 2023:

1. The parties shall exchange initial disclosures by **February 14, 2023**.

2. Any amendments to the pleadings shall be made by **April 3, 2023**.

3. Fact discovery, including depositions of non-expert witnesses, shall be completed by **September 29, 2023**.

4. A status conference shall be held on **October 16, 2023 at 11 a.m.** A schedule for expert discovery and dispositive motions shall be set at the status conference following the close of fact discovery.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge